No. 90–781.   141ST STREET CORP. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 90–783.   VILLAGE OF LOS RANCHOS DE ALBUQUERQUE ET AL. *v.* BARNHART, ADMINISTRATOR, FEDERAL HIGHWAY ADMINISTRATION, ET AL.   C. A. 10th Cir.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 90–993.   CSX TRANSPORTATION, INC. *v.* RASTALL ET AL.   Ct. App. D. C.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 90–704.   SOUTHERN BELL TELEPHONE & TELEGRAPH CO. *v.* HAMM, CONSUMER ADVOCATE FOR SOUTH CAROLINA.   Sup. Ct. S. C.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 90–830.   BELL ATLANTIC CORP. *v.* UNITED STATES ET AL.   C. A. D. C. Cir.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 90–867.   POWELL DUFFRYN TERMINALS, INC. *v.* PUBLIC INTEREST RESEARCH GROUP OF NEW JERSEY, INC., ET AL.   C. A. 3d Cir.   Motion of American Iron and Steel Institute et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 90–940.   LEATHERS *v.* MILLER.   C. A. 4th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 90–1015.   DAVIS, WARDEN *v.* JONES.   C. A. 11th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.   Reported below: 906 F. 2d 552.

No. 90–994.   LEWIS & CO. ET AL. *v.* THOEREN ET AL.   C. A. 9th Cir.   Motion of respondents for attorney's fees and double costs denied.   Certiorari denied.